| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:00CR00544-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 07CRIM 646 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Hasan McGhee 205 East 95th Street Apt. 8A New York, NY 10128 | DISTRICT NORTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation - Syracuse |
|---|---|---|
| | NAME OF SENTENCING JUDGE Thomas J. McAvoy | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/2/07 — TO 5/1/11 |

*JUDGE RAKOFF*

**OFFENSE**

21 U.S.C. § 846   Conspiracy to Possess with Intent to Distribute/Distribution of Cocaine Base

21 U.S.C. § 853(p)   Forfeiture allegation

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/23/07_  _____
Date                           Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 17 2007   _____ 7-17-07
Effective Date                  United States District Judge

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York