48930/M. Hoyer



Chris J. Stanton
Chief
U.S. Probation Officer

Cheryl L. Holmes
Sr. Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

New York, NY
July 12, 2007

**TO:**     Jim Molinelli, Miscellaneous Clerk
**FROM:**   Miranda Hoyer, USPOA
**RE:**     Hasan McGhee
**DATE:**   July 12, 2007

07 CRM 646

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 28, 2001, the above-named individual was sentenced in the Northern District of New York outlined in the attached J & C.

In June 2007, we received the Prob. 22's endorsed by the Honorable Thomas J. McAvoy, U.S. District Court Judge, ordering Mr. McGhee's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5078.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Miranda Hoyer* (signature)

Miranda Hoyer
U.S. Probation Officer Asst.

JUL 1 6 2007

NYC Office Location:
Woolworth Building
233 Broadway, 14th Floor
New York, NY 10279
212.805.0040
212.805.0047 - Fax

NYC Office Mailing Address:
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

White Plains Office:
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-1901
914.390.4040
914.390.4055 - Fax

Middletown Office:
128 Dolson Avenue
Middletown, NY 10940-6435
845.344.2789
845.344.2722 - Fax