*7/31/07*
*To: Miranda Hoy*





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-07

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### Report on Offender Under Supervision with Attached Request for Court Direction Detailing Probable Cause

Offender: McGhee, Hasan                                   Docket Number: 1:07-CR-0646(JSR)

Sentencing Judge: Honorable Jed S. Rakoff, U.S. District Judge

Date of Original Sentence:    March 30, 2001

Original Offense:    Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and Cocaine Base in Violation of 18 U.S.C. 846, a Class A Felony.

Original Sentence:   Ninety-Two (92) Months Imprisonment Followed by Four (4) Years of Supervised Release.

Type of Supervision:   Supervised Release      Date Supervision Commenced:   May 2, 2007

---

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation
Number        Nature of Noncompliance

1             **ON OR ABOUT JULY 6, 2007, IN THE BRONX COUNTY, THE RELEASEE COMMITTED A STATE CRIME, AGGRAVATED UNLICENSED OPERATION OF A VEHICLE IN THE THIRD DEGREE IN VIOLATION OF NEW YORK STATE VEHICLE AND TRAFFIC LAW 511.1A, AN UNCLASSIFIED MISDEMEANOR, IN THAT MCGHEE OPERATED A MOTOR VEHICLE WHILE KNOWING HIS LICENSE TO OPERATE A MOTOR VEHICLE WAS SUSPENDED, REVOKED OR OTHERWISE WITHDRAWN. MANDATED CONDITION, GRADE C VIOLATION.**

On July 6, 2007, McGhee was observed by the New York Police Department moving a motor vehicle that was double parked in front of a store located at 2081 Morris Avenue, Bronx, New York. The owner of the motor vehicle is McGhee's girlfriend, Katherine Graham, who was in the store at the time. McGhee was arrested and detained for operating a motor vehicle with a suspended license. He was released the following day and has been scheduled to appear in court on September 27, 2007, at 9:30am (Dkt# 41847C-2007).

McGhee, Hasan                                                                48930-M.Hoyer

2

## U.S. PROBATION OFFICER ACTION

McGhee has been reprimanded for his non compliant behavior, and his reporting schedule has been increased. In addition, the Court has been notified of his non compliant behavior.

### SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

McGhee is currently residing at 205 East 95th Street, #8A, New York, NY 10128. At the commencement of supervision, McGhee was employed with T.G.I. Fridays. In May, he terminate his employment based on his low salary. At this time, he remains unemployed. However, he is actively searching for employment.

Despite the non compliant behavior described in this report, McGhee has been in basic compliance with supervision. He has reported regularly as directed by his probation officer, and has submitted all negative drug and alcohol tests.

### RECOMMENDATION AND JUSTIFICATION

Due to McGhee's otherwise compliant behavior, this department recommends that the Court take no action at this time. If additional information is provided that appears to indicate further non compliant behavior, the Department of Probation will contact the court immediately.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Miranda Hoyer
U.S. Probation Officer Assistant
(212) 805-5078

Approved By:

_____  7/27/07
Peter A. Merrigan    Date
Supervising U.S. Probation Officer

Hasan McGhee, Dkt#:1:07-CR-0646(JSR)



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

*Judicial Response*

JUDICIAL RESPONSE:

[ ✓ ]   Court approves U.S. Probation Officer's recommendation

or

THE COURT ORDERS:

[ ]   The Issuance of a Summons
        The Offender is directed to appear as follows:

        Date: _____
        Time: _____
        Place: _____

[ ]   Other

_____
Signature of Judicial Officer

7/31/07
Date

(Rev eVCP 10/26/06)