To: Miranda Hoyer

PROB 12B
(7/93)





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-07

## United States District Court

### for the

### Southern District of New York

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hasan McGhee                               Docket Number: 1:07-CR-0646(JSR)

Name of Sentencing Judicial Officer: Honorable Jed S. Rakoff, U.S. District Judge

Date of Original Sentence: March 30, 2001

Original Offense: Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine and Cocaine Base in Violation of 18 U.S.C. 846, a Class A Felony.

Original Sentence: Ninety-Two (92) Months Imprisonment Followed by Four (4) Years of Supervised Release.

Type of Supervision: Supervised Release           Supervision Commenced: May 2, 2007

---

**The defendant was originally sentenced by the Honorable Thomas J. McAvoy, U.S. District Judge in the Northern District of New York under the docket number 3:00CR00544-001. Jurisdiction was transferred to Your Honor effective July 16, 2007 under the docket number 07 CR 0646. During the original sentencing, there were no special conditions recommended.**

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

**The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation, the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.**

### CAUSE

We are requesting the search modification based upon McGhee's failure to provide full disclosure to the U.S. Probation Department. Upon conducting a personal inquiry through Lexis Nexis, it was revealed that as of June 2007, McGhee is a lease holder for a residence located at 1655 South Carter Road, #17,

| McGhee, Hasan | 2 | P48930/M. Hoyer |

Petersburg, VA 23805. However, when questioned about having any other property in his name, McGhee denied having so. Several attempts have been made to verify McGhee's residence. However, when doing so, the United States Probation Department was presented with suspicion, and his residence has yet to be verified appropriately. Additionally, during the offense yielding supervision, and two previous offenses, search warrants were executed at McGhee's residence, and they all revealed cocaine base. When reviewing his Pre Sentence Investigation, it indicated that from 1996-1999, McGhee's income ranged from approximately $250-$3,000 per year. McGhee can be categorized as being in mediocre compliance because of his inability to provide detailed information to his officer. This condition could insure compliance and confirm information that is provided as being factual and monitor any new criminal behavior.

## SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

Mr. McGhee is currently residing at 3735 Olinville Ave, 2nd Floor, NY 10467. He recently gained full time employment with Suburban Builders and is paid $10 an hour. He has reported regularly as directed by his probation officer, and has submitted all negative drug and alcohol tests.

Respectfully submitted,

by

Miranda Hoyer
U.S. Probation Officer Assistant
(212) 805-5078

Approved By:

_____   9-13-07
                          Date

Peter Merrigan
Supervising U.S. Probation
Officer
(212) 805-5129

Dkt.#:1:07-CR-0646(JSR)



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*Judicial Response*

[✓] Court approves the Modification of Conditions as noted.

or

[ ] Other

_____
Signature of Judicial Officer

9/14/07
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation, the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.**

Witness: _____    Signed: _____
           U.S. Probation Officer                     Supervised Releasee

                                       8/20/07
                                       DATE

